UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO: |
| v. | : | |
| JOSHUA DAVID MCCARTY | : | UNDER SEAL |
| Defendant. | : | |

### GOVERNMENT'S MOTION TO SEAL THE CRIMINAL COMPLAINT AND STATEMENT OF FACTS AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS

The United States, by and through its attorney, Jessie K. Liu, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the accompanying criminal complaint, statement of facts and the instant order to seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the government states as follows:

The defendant in this case is a target in an ongoing investigation involving Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a) & (e), Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2251(a)(2), and Advertising Child Pornography, in violation of Title 18, United States Code, Section 2251(d)(1)(A).

The sealing order is necessary because the statement of facts contains sensitive information, the disclosure of which would not be in the interest of the government or the public.

The criminal complaint and statement of facts in this case is the result of an ongoing criminal investigation. Based on the nature of the ongoing criminal investigation, the government

submits that public disclosure of the criminal complaint and statement of facts would likely compromise the criminal investigation by placing the personal safety of individuals that may be cooperating with the government at risk.

It is common practice for individuals associated with criminal organizations to check the court's electronic filing system known as PACER or the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal in cases against former associates. Consequently, public notice of the filing of the sealed pleadings or proceedings, itself, is likely to compromise any ongoing criminal and grand jury investigation that would stem from this case, and present a substantial risk to the personal safety of individuals cooperating with the government.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the criminal complaint and statement of facts but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until:(1) the substantial risk to the personal safety of cooperating individuals has been eliminated and (2) the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, it is respectfully requested that this Government's Motion to Seal the Criminal Complaint and Statement of Facts and to Delay Entry on the Public Docket of the Filing of this Motion to Seal and all Related Matters be granted.

          Respectfully submitted,

          JESSIE K. LIU
          UNITED STATES ATTORNEY
          D.C. Bar Number 472845

By:   */s// Andrea Hertzfeld*
       Andrea Hertzfeld
       Assistant United States Attorney
       DC Bar Number 494059
       555 Fourth Street, N.W., Room 4832
       Washington, D.C. 20530
       Telephone: (202) 252-7808
       Email: Andrea.Hertzfeld@usdoj.gov