AO 442 (Rev 11/11) Arrest Warrant

FID 9422580

# UNITED STATES DISTRICT COURT
for the

District of Columbia

**FILED**

AUG 0 1 2019

Clerk, U.S. District and
Bankruptcy Courts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 19-mj-186 |
| | ) | Assigned To: Judge Deborah A. Robinson |
| | ) | Assign. Date: 7/17/2019 |
| | ) | Description: Criminal Complaint w/Arrest Warrant |
| Joshua David McCarty | ) | |
| | ) | |

RECEIVED JUL 17 '19
U.S. MARSHAL-DC PM2:45

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joshua David McCarty,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography, in violation of 18 U.S.C. Section 2251 (a) & (e)
Distribution of Child Pornography, in violation of 18 U.S.C. Section 2251(a)(2)
Advertising Child Pornography, in violation of 18 U.S.C. Section 2251(d)(1)(A)

Date: 07/17/2019

*Issuing officer's signature*

City and state: Washington, D.C.

Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/17/2019, and the person was ~~arrested~~ on *(date)* 8/1/2019
at *(city and state)* Washington DC.                                         Received

Date: 8/1/2019

*Arresting officer's signature*

C. Schuessler, DUSM
*Printed name and title*